GEORGIE LEE RENRICK, PLAINTIFF-PETITIONER v. CITY OF NEWARK, DEFENDANT-RESPONDENT.

See same case below: 74 *N. J. Super.* 200.

*Mr. Robert C. Gruhin* and *Mr. Morris Edelstein* for the petitioner.

*Mr. Norman N. Schiff, Mr. Ferdinand J. Biunno* and *Mr. Joseph A. Ward* for the respondent.

September 17, 1962. Denied.

ELIZABETH S. DEL PESO, PETITIONER-RESPONDENT, v. H. A. BAR AND RESTAURANT CO., INC., *ET AL.*, RE-SPONDENTS-PETITIONERS, AND WELIS PLANA HOTEL, *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 75 *N. J. Super.* 108.

*Messrs. Pindar, McElroy, Connell & Foley* for the petitioners.

*Mr. Daniel De Brier* and *Mr. Augustine A. Repetto* for the respondents-respondents.

*Mr. Alexander K. Blatt* for the petitioner-respondent.

September 17, 1962. Denied.